UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHAD MICHAEL KINKUS<br><br>Defendant. | CASE NO. 2:25-CR-194<br><br>JUDGE Morrison<br><br><u>INFORMATION</u><br><br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br><br>FORFEITURE ALLEGATION |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Distribution of Child Pornography)

1. On or about May 29, 2025, in the Southern District of Ohio, the defendant, **CHAD MICHAEL KINKUS**, did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depiction being of such conduct, to wit: one video file depicting a prepubescent minor engaged in masturbation.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

<u>FORFEITURE ALLEGATION</u>

2. Upon conviction of the offense set forth in Count One of this Information, the defendant, **CHAD MICHAEL KINKUS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or

2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

- One black Apple iPhone SE bearing Serial Number F17CWLE5PLJM and its contents;
- One white Samsung Galaxy S10, and its contents;
- One HP15 Laptop Computer bearing Serial Number 5CD44956G0;
- One Apple MacBook Air bearing Serial Number FVFZDO4PJ1WK; and
- One Night Owl Digital Video Recorder bearing Serial Number FZPXNGPT7F28.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski* (signature)

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney